
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ERIC SCOTT BOWEN, Defendant. | CR 18-39-BLG-SPW ORDER |
|---|---|

Upon the Defendant's Motion to File Document Under Seal (Doc. 23), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion to file Document under seal is **GRANTED**.

DATED this 2nd day of October, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1