IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SCOTT BOWEN,<br><br>Defendant. | CR 18-39-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 30), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 5th day of October, 2018.

SUSAN P. WATTERS
United States District Court Judge

1