# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-39-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC SCOTT BOWEN, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss Petition to Revoke Supervised Release and Vacate Final Revocation Hearing (Doc.65). For good cause being shown,

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Petition to Revoke Supervised Release and Vacate Final Revocation Hearing is **GRANTED.**

**IT IS FURTHER ORDERED** that the Final Revocation Hearing set for Friday, June 18, 2021 at 1:30 p.m., is **VACATED.**

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this __16th__ day of June, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge